UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TANYA RONG ZHANG,

                              Petitioner,

            vs                                          1:06-MC-122

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

                              Respondent.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

ALICE K. BERKE OFFICE                       FREDERICK P. KORKOSZ, ESQ.
Attorney for Petitioner
The Berke-Salem Building
930 Madison Avenue
Albany, NY 12208

HON. GLENN T. SUDDABY                       CHARLES E. ROBERTS, ESQ.
United States Attorney                      Assistant U.S. Attorney
Attorney for Respondent
Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

HON. DAVID N. HURD
United States District Judge

### DECISION and ORDER

        Petitioner Tanya Rong Zhang brought a Petition to Amend Certificate of

Naturalization.  By Report-Recommendation dated July 10, 2007, the Honorable Randolph F.

Treece, United States Magistrate Judge, recommended that the Petition to Amend the

Certificate of Naturalization be denied.  The petitioner has filed timely objections to the

Report-Recommendation.

Based upon a de novo determination of the report and recommendation, including the portions to which petitioner has objected, the Report-Recommendation is accepted and adopted in whole.

Accordingly, it is

ORDERED that

1.  The Report-Recommendation is accepted and adopted in all respects.

2.  The Petition to Amend the Certificate of Naturalization is DENIED and DISMISSED in its entirety.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated:   July 25, 2007
         Utica, New York.

_____
United States District Judge